IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLA NEWKIRK,

       Appellant,

v.

                                       Case No.  5D23-287
                                       LT Case No. 16-2021-DR-2945-FMXX

RHASHA NEWKIRK, IRIS NEWKIRK,
JAMES McGARY ,

       Appellees.

_____/

Decision filed January 17, 2023

Nonfinal Appeal from the Circuit Court
for Duval County,
John I. Guy, Judge.

Carla Newkirk, Jacksonville, pro se.

No Appearance for Appellees.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.